IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALFRED DAVID HARDY,            )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )         2:15cv745-MHT
                               )             (WO)
ALABAMA MENTAL HEALTH          )
BOARD, et al.,                 )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the mental-health treatment he is receiving in custody. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 28th day of December, 2015.**

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**